IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN ELECTRICAL CONSTRUCTION, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICOM AUTOMATION SERVICES, INC.,<br><br>　　　　Defendant. | No. C 13-02317 CRB<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

　　　The Court has received Notice that the United States District Court for the District of New Mexico has granted Metropolitan Electrical Construction, Inc.'s Motion to Transfer the New Mexico action, Case No., 2:13-cv-00470-MCA-CG, to this Court. See Notice (dkt. 30). Accordingly, Defendant's Motion to Dismiss, which argued that "Metropolitan should be required to comply with the requirements of 28 U.S.C. § 1404 . . . to raise any challenges to the propriety of the [New Mexico] forum," see Mot. (dkt. 6-1) at 8, is DENIED AS MOOT. Both cases will proceed in this forum.

　　　**IT IS SO ORDERED.**

Dated: March 17, 2014

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\2317\order denying MTD.wpd