**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN ELECTRICAL CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICOM AUTOMATION SERVICES, INC., <br><br> Defendant. _____/ | No. C 13-2317 CRB <br><br> **ORDER GRANTING APPLICATION TO WITHDRAW AND ORDER TO SHOW CAUSE** |

   Good cause appearing therefor, the Court GRANTS Defendant Americom Automation Services, Inc.'s counsel's Application to Withdraw (dkt. 33), subject to counsel's agreement to forward all process in this case to Defendant and to Defendant's counsel in Case No. 14-1217 (the Carrillo Law Firm, PC), through June 13, 2014.

   Defendant is further ORDERED to SHOW CAUSE by <u>10:00 am on June 13, 2014</u> why default should not be entered in this case. Failure to respond to this Order or to appear at the hearing on <u>10:00 am on June 13, 2014</u> could lead to the entry of default.

   **IT IS SO ORDERED.**

Dated: April 25, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\2317\osc - def.wpd