LEONIDOU & ROSIN
Professional Corporation
Janette G. Leonidou (No. 155257)
Roger F. Liu (No. 218345)
Deborah L. Goodman (No. 276259)
777 Cuesta Drive, Suite 200
Mountain View, CA  94040
Telephone: (650) 691-2888
jleonidou@alr-law.com
rliu@alr-law.com

Attorneys for Plaintiff and Defendant
Metropolitan Electrical Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN ELECTRICAL CONSTRUCTION, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICOM AUTOMATION SERVICES, INC., a New Mexico corporation; and DOES 1 through 50 inclusive,<br><br>            Defendants. | Case No.: 3:13-CV-2317-CRB<br><br>**ORDER FOR JUDGMENT OF DEFAULT AS TO AMERICOM AUTOMATION SERVICES, INC.** |

Following the Court's Order to Show Cause hearing in this case, held on June 13, 2014, the Court finds that:

1.     On April 14, 2014, AmeriCom Automation Services, Inc., ("AmeriCom") counsel filed an application to withdraw as counsel.  A hearing on the application to withdraw as counsel and a case management conference were scheduled for April 25, 2014;

2.     AmeriCom failed to appear on April 25, 2014 for the hearing on the application to withdraw as counsel and case management conference, at which time the Court granted

1
[PROPOSED] ORDER FOR ENTRY OF DEFAULT AS TO AMERICOM AUTOMATION SERVICES, INC.

N:\pdf docs\2317METRO.doc

AmeriCom's counsel's application to withdraw.  The Court additionally ordered AmeriCom to show cause by 10:00 am on June 13, 2014 why default should not be entered in this case. Furthermore, the Court ordered that failure to respond to the Order or to appear at the hearing at 10:00 am on June 13, 2014 could lead to the entry of default;

3. AmeriCom failed to show cause or to appear at the show-cause hearing on June 13, 2014.  Upon request of Plaintiff Metropolitan Electrical Construction, Inc., the Court entered default against AmeriCom Automation Services, Inc. on June 13, 2014, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:   July 2, 2014



_____
UNITED STATES DISTRICT JUDGE
Judge Charles R. Breyer

2
[PROPOSED] ORDER FOR ENTRY OF DEFAULT AS TO AMERICOM AUTOMATION SERVICES, INC.

N:\pdf docs\2317METRO.doc