**AMENDED CIVIL PRETRIAL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 20, 2015**

**C - 13 - 2317 - CRB**

**Metropolitan Electrical Construction, Inc.**   v   **Americom Automation Services, Inc.**

Attorneys:   Michael Lum                         No Apperance

Deputy Clerk: **Barbara Espinoza**            Reporter:  **Debra Pas**

**PROCEEDINGS:**                              **RULING:**

1. Plaintiff's Motion for Default Judgment              Granted

2. _____              _____

   ( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED DURING HEARING:**

Court awards $105,688 in damages; 15% prejudgment interest from 3/20/2013; attorney fees in the amount of **$48,785.50** and costs in the amount of **$1,926.57.**

Counsel to submit revised proposed order for the court's entry.

ORDER TO BE PREPARED BY:   **PIntf  X**      Deft_____   Court____

Notes: This document amends the previous docket entry (#49) - reflecting the correct amount for attorney fees ($48,785.50) and the correct cost amount of ($1,926.57).

(17 minutes)