LEONIDOU & ROSIN
Professional Corporation
Janette G. Leonidou (No. 155257)
Michael M. Lum (No. 215700)
777 Cuesta Drive, Suite 200
Mountain View, CA  94040
Telephone: (650) 691-2888
jleonidou@alr-law.com
mlum@alr-law.com

Attorneys for Plaintiff
Metropolitan Electrical Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN ELECTRICAL CONSTRUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICOM AUTOMATION SERVICES, INC., a New Mexico corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 3:13-CV-2317-CRB<br><br>**ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST AMERICOM AUTOMATION SERVICES, INC.** |

The Court, having considered Metropolitan Electrical Construction, Inc.'s ("Metropolitan") application for entry of default judgment, memorandum of points and authorities in support thereof, the declarations of Gene Amchislavsky and Michael M. Lum, the exhibits submitted in support thereof, any such matters as to which the Court may take judicial notice, and such further evidence and argument that was permitted at the hearing, if necessary, and good cause appearing,

1
[PROPOSED] ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST AMERICOM AUTOMATION SERVICES, INC.

C:\Users\ESPINO~1\AppData\Local\Temp\notes1A03DD\Proposed Order re Entry of Default Judgment (00160366x9F7BE).doc

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Metropolitan's application for entry of default judgment is GRANTED and judgment is awarded against defendant Americom Automation Services, Inc. in the amount of $105,688.00; 15% prejudgment interest from March 20, 2013 to February 20, 2015 in the amount of $30,490.26; attorney's fees in the amount of $48,785.50; and costs of $1,926.57, for a total judgment of $186,890.33.

2. Interest shall continue to accrue on the unpaid sum from the date that judgment is entered, at the legal rate in New Mexico of 8.75% per annum,[1] and Metropolitan shall be entitled to statutory attorney's fees and costs incurred in enforcing the judgment.

**IT IS SO ORDERED.**

Dated: March 3, 2015



_____
Judge Charles R. Breyer
UNITED STATES DISTRICT JUDGE

---

[1] *See* N.M. Stat. Ann. § 56-8-4 ("Interest shall be allowed on judgments and decrees for the payment of money from entry and shall be calculated at the rate of eight and three-fourths percent per year" where contract does not specify otherwise)

2

[PROPOSED] ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST AMERICOM AUTOMATION SERVICES, INC.

C:\Users\ESPINO~1\AppData\Local\Temp\notes1A03DD\Proposed Order re Entry of Default Judgment (00160366x9F7BE).doc