EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S USE ONLY |
|---|---|
| After recording, return to:<br>Janette G. Leonidou (No. 155257)<br>Michael M. Lum (No. 215700)<br>LEONIDOU & ROSIN Professional Corporation<br>777 Cuesta Drive, Suite 200<br>Mountain View, CA 94040<br>TEL NO.: 650/691-2888    FAX NO. (optional): 650/691-2889<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |
| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ -- USDC - Northern District<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |

| PLAINTIFF: METROPOLITAN ELECTRICAL CONSTRUCTION, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: AMERICOM AUTOMATION SERVICES, INC. | 3:13-CV-2317-CRB |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended | FOR COURT USE ONLY |
|---|---|

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ```
   Americom Automation Services, Inc.
   210 S. Nevarez Street
   Las Cruces, NM 88001
   ```

   b. Driver's license no. [last 4 digits] and state:       [ ] Unknown
   c. Social security no. [last 4 digits]:                   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Metropolitan Electrical Construction, Inc.
   2400 3rd Street, San Francisco, CA 94107
   Date: March 9, 2015
   Michael M. Lum
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *(signature)*
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 186,890.33 plus interest
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* March 3, 2015
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
MAR 10 2015

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: METROPOLITAN ELECTRICAL CONSTRUCTION, INC. | COURT CASE NO.: |
|---|---|
| DEFENDANT: AMERICOM AUTOMATION SERVICES, INC. | 3:13-CV-2317-CRB |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:         ☐ Unknown
Social security no. [last 4 digits]:         ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state:         ☐ Unknown
Social security no. [last 4 digits]:         ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state:         ☐ Unknown
Social security no. [last 4 digits]:         ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state:         ☐ Unknown
Social security no. [last 4 digits]:         ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.